STAPHORSE v. COUNTY OF NEW HAVEN.

ACTION for the escape of one Warren, committed on execution, through the insufficiency of the gaol.

Judgment last court — That the county was liable. The debt is about £500.

Question upon a hearing in damages — Whether judgment should be for the whole debt and the lawful fees; or only for the special damages the plaintiff had sustained by the escape.

Judgment for £75 the special damages only. Contra LAW, J.; CHAUNCEY, J., excused himself from judging.

This appears most agreeable to the genius of our laws and the policy of the country. If the debtor has estate, the creditor has his remedy against him; if he is bankrupt, it is of little consequence to keep him in prison; and the special damages may be such as to induce the counties to keep their gaols in good repair, and enable the creditor to recover his debtor again.